No. 75–5495. PUSTARE *v.* HAVENER, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 75–5501. WILLS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 75–5512. ABINA *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 75–5513. EPPS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–5515. SHEARS *v.* OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 75–5518. PATTERSON *v.* AULT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5521. BALL *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 75–5524. ROBINSON *v.* TURNELLO, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–5528. HELTZEL *v.* COWAN, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 75–5530. MORENO *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5534. BOWES *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–223. PENNSYLVANIA *v.* JACKSON ET AL. Sup. Ct. Pa. Certiorari denied, it appearing that the judgment below rests on adequate state grounds.